FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email: ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

Attorneys for Plaintiffs
THE OHIO CASUALTY INSURANCE COMPANY, WEST AMERICAN INSURANCE COMPANY, THE FIRST LIBERTY INSURANCE CORPORATION, AMERICAN FIRE AND CASUALTY COMPANY, and LIBERTY INSURANCE CORPORATION

RICHARD A. SCHWARTZ, Cal. Bar No. 267469
BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: 310.274.7100
Facsimile: 310.275.5697
Email: rschwartz@bgrfirm.com

Attorneys for Defendants
LULAROE, LLC, LLR, Inc., LENNON LEASING, LLC, MARK STIDHAM, DEANNE BRADY A/K/A DEANNE STIDHAM, and JORDAN BRADY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation; WEST AMERICAN INSURANCE COMPANY, an Indiana corporation; THE FIRST LIBERTY INSURANCE CORPORATION, an Illinois corporation; AMERICAN FIRE AND CASUALTY COMPANY, a New Hampshire corporation; and LIBERTY INSURANCE CORPORATION, an Illinois corporation,<br><br>Plaintiffs, | Case No. 5:20-CV-02082-JWH (KKx)<br><br>**STIPULATION AND REQUEST FOR ENTRY OF FINAL JUDGMENT IN FAVOR OF PLAINTIFFS ON THEIR COMPLAINT AGAINST DEFENDANTS FOR DECLARATORY JUDGMENT**<br><br>**[Proposed Judgment lodged concurrently herewith]**<br><br>Assigned to Hon. John W. Holcomb |

v.

LULAROE, LLC, a California Limited Liability Company; LLR, Inc., a Wyoming Corporation; LENNON LEASING, LLC, a Wyoming Corporation; MARK STIDHAM, an individual; DEANNE BRADY A/K/A DEANNE STIDHAM, an individual, JORDAN BRADY, an individual,

Defendants.

## STIPULATION

This Stipulation is entered into by plaintiffs, The Ohio Casualty Insurance Company, West American Insurance Company, The First Liberty Insurance Corporation, American Fire and Casualty Company, and Liberty Insurance Corporation (collectively, "Plaintiffs"), on the one hand, and defendants LuLaRoe LLC, LLR, Inc., Lennon Leasing, LLC, Mark Stidham, Deanne Brady a/k/a Deanne Stidham, and Jordan Brady (collectively, "Defendants") (the Plaintiffs and Defendants are, collectively, referred to as the "Parties"), on the other hand, with respect to the following:

1. Plaintiffs filed their Complaint in this action on October 2, 2020 [Dkt. No. 1];

2. On November 18, 2020, the Parties filed a stipulation to extend the deadline for Defendants to respond to the Complaint to and until December 1, 2020 [Dkt. No. 27];

3. On November 18, 2020, the Court accepted the Parties' Stipulation and gave Defendants until December 1, 2020 to respond to the Complaint [Dkt. No. 28];

4. On December 1, 2020, Defendants agreed to have a final judgment entered against them on Plaintiffs' Complaint; and

5. The Parties now agree that the Court may enter a final judgment against Defendants in the form attached to this Stipulation as **Exhibit A** (the "Final Judgment").

NOW, THEREFORE, the Parties request that the Court enter the Final Judgment lodged concurrently herewith, in favor of Plaintiffs' and against Defendants, with each Party to bear his/her/its own fees and costs.

IT IS SO STIPULATED.

Dated:  January 4, 2021

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By _____
        SCOTT SVESLOSKY
        Attorneys for Plaintiffs
        THE OHIO CASUALTY INSURANCE COMPANY, WEST AMERICAN INSURANCE COMPANY, THE FIRST LIBERTY INSURANCE CORPORATION, AMERICAN FIRE AND CASUALTY COMPANY, and LIBERTY INSURANCE CORPORATION

Dated:  December 29, 2020

        BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP

        By _____
        RICHARD A. SCHWARTZ
        Attorneys for Defendants
        LULAROE, LLC, LLR, INC., LENNON LEASING, LLC, MARK STIDHAM, DEANNE BRADY A/K/A DEANNE STIDHAM, and JORDAN BRADY

Dated: December 30, 2020

THE OHIO CASUALTY INSURANCE COMPANY, WEST AMERICAN INSURANCE COMPANY, THE FIRST LIBERTY INSURANCE CORPORATION, AMERICAN FIRE AND CASUALTY COMPANY, and LIBERTY INSURANCE CORPORATION

By  *Adam K. Woellert*
ADAM WOELLERT
Sr. Technical Claims Specialist

Dated: December 27, 2020

LULAROE, LLC, LLR, INC., and LENNON LEASING, LLC

By  *Mark S.*
Mark Stidham [name]
CEO [title]

Dated: December 27, 2020

By  *Mark S.*
MARK STIDHAM

Dated: December 27, 2020

By  *D. Brady*
DEANNE BRADY A/K/A
DEANNE STIDHAM

Dated: December 27, 2020

By  *J. Brady*
JORDAN BRADY

---

SMRH:4826-3487-3043.1

-4-

STIPULATION FOR ENTRY OF FINAL JUDGMENT

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On January 4, 2021, I served true copies of the following document(s) described as **STIPULATION AND REQUEST FOR ENTRY OF FINAL JUDGMENT IN FAVOR OF PLAINTIFFS ON THEIR COMPLAINT AGAINST DEFENDANTS FOR DECLARATORY JUDGMENT** on the interested parties in this action as follows:

Richard Schwartz, Esq.                         Attorneys for Defendants
BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Tel: (310) 274-7100
Fax (310) 275-5697
rschwartz@bgrfirm.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 4, 2021, at Los Angeles, California.

_____
LAVERNA A. HENRY