UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation; WEST AMERICAN INSURANCE COMPANY, an Indiana corporation; THE FIRST LIBERTY INSURANCE CORPORATION, an Illinois corporation; AMERICAN FIRE AND CASUALTY COMPANY, a New Hampshire corporation; and LIBERTY INSURANCE CORPORATION, an Illinois corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LULAROE, LLC, a California Limited Liability Company; LLR, Inc., a Wyoming Corporation; LENNON LEASING, LLC, a Wyoming Corporation; MARK STIDHAM, an individual; DEANNE BRADY A/K/A DEANNE STIDHAM, an individual, JORDAN BRADY, an individual,<br><br>　　　　　Defendants. | Case No. 5:20-CV-02082-JWH (KKx)<br><br>**FINAL JUDGMENT**<br><br>Assigned to Hon. John W. Holcomb |

## **FINAL JUDGMENT**

Pursuant to the Stipulation by and between plaintiffs The Ohio Casualty Insurance Company, West American Insurance Company, The First Liberty Insurance Corporation, American Fire and Casualty Company, and Liberty Insurance Corporation (collectively "Plaintiffs"), on the one hand, and defendants LuLaRoe LLC, LLR, Inc., Lennon Leasing, LLC, Mark Stidham, Deanne Brady a/k/a Deanne Stidham, and Jordan Brady (collectively, "Defendants") (the Plaintiffs and Defendants are, collectively, referred to as the "Parties"), on the other hand

[Dkt. No. 29], the Court hereby enters a final declaratory judgment in favor of Plaintiffs and against Defendants on Plaintiffs' Complaint as follows:

1. None of the Plaintiffs has, or had, any duty to defend or indemnify any of the Defendants, or to pay any portion of the attorneys' fees, costs, settlements, and/or judgments that might be incurred, awarded, or entered against any of the Defendants, in connection with any of the following claims, lawsuits, actions, appeals, and/or related arbitration and other proceedings identified in Plaintiffs' Complaint:  (1) *Stella Lemberg et al. v. LuLaRoe et al.*, U.S. District Court for the Central District of California Case No. 5:17-cv-02102; (2) *Providence Industries, LLC v. LuLaRoe LLC et al.*, Superior Court of the State of California for the County of Riverside Case No. RIC1825263; (3) *Belinda Hibbard et al. v. LuLaRoe et al.*, Superior Court of the State of California for the County of Sacramento Case No. 34-2019-00270087; (4) *The Tabitha Sperring et al. v. LLR, Inc. et al.*, U.S. District Court for the Central District of California Case No. 5:19-cv-433*;* and (5) *The State of Washington v. LLR, Inc. et al*., Superior Court for the State of Washington for King County Case No. 19-2-02325-2.

2. The Parties shall each bear their own attorneys' fees and costs.

**IT IS HEREBY ORDERED, ADJUDGED. AND DECREED**.

Dated:  January 5, 2021

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE